UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, a non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>VITRO FLAT GLASS LLC,<br><br>Defendant. | Case No. 1:19-cv-01512-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CASE MANAGEMENT DEADLINES**<br><br>(Doc. No. 29) |

Pursuant to the parties' stipulation (Doc. No. 29), and good cause appearing, certain discovery deadlines in the February 26, 2020 Scheduling Conference Order are HEREBY MODIFIED as follows:

1. Non-expert discovery, including motions to compel, shall be completed no later than February 26, 2021;
2. Initial expert witness disclosures shall be served no later than February 26, 2021;
3. Supplemental expert witness disclosures shall be served no later than March 12, 2021; and
4. Expert discovery shall be completed by April 9, 2021.

All other deadlines in the February 26, 2020 Scheduling Conference Order remain in effect.

///

1

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such further difficulties should be explained.

IT IS SO ORDERED.

Dated: **November 2, 2020**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE